IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Wade Adrian Green, | : |
| Plaintiff | : |
| v. | : Civil Action No. MJG-00-CV-2516 |
| North American Telecommunications, Inc. | : |
| and | : |
| LB&B Associates Inc., | : |
| Defendants. | : |

..oOo..

### O R D E R

Upon consideration of the Motion For Admission of Jennifer M. Miller *Pro Hac Vice*, the Court is of the opinion that, for good cause shown, the motion should be granted.

Accordingly, IT IS this 4th day of January 2001, by the Court hereby ORDERED that:

Jennifer M. Miller is admitted *pro hac vice* as counsel for LB&B Associates Inc.

_____
United States District Judge