IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WADE ADRIAN GREEN                        *

    Plaintiff                            *

vs.                                      * CIVIL ACTION NO. MJG-00-2516

NORTH AMERICAN                           *
  TELECOMMUNICATIONS, INC., et al.
                                                    *

    Defendants
*   *   *   *   *   *   *   *

## ORDER

It appears that there has been no filing in this case since October 9, 2001.

Accordingly:

1. By January 8, 2002, Plaintiff shall advise of the status of the case and submit a proposed schedule for further proceedings herein.

2. If Plaintiff does not comply with this Order, this case shall be dismissed with prejudice.

3. If Plaintiff does comply with this Order, Defendants shall respond by January 18, 2002.

So ORDERED this 18th day of December, 2001

                                           Marvin J. Garbis
                                    United States District Judge